

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Allstar Refinishing & Collision
Center, Inc.,

* From the County Court at Law
of Midland County,
Trial Court No. CC-14325.

Vs. No. 11-14-00193-CV

* July 29, 2016

Aurelia Villalobos and
Nationwide Insurance Company,

* Memorandum Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Allstar Refinishing & Collision Center, Inc.